UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re:    )    BK No.:  22-06303
Tierra Seay    )
    )    Chapter: 7
    )    Honorable Donald R. Cassling
    )
    )
Debtor(s)    )

## ORDER AUTHORIZING RULE 2004 EXAMINATION

This matter having come before the Court on the motion of Ariane Holtschlag, not individually but solely as the chapter 7 trustee (the "Trustee") for authority to conduct a Rule 2004 examination of the Debtor, due notice having been given and the Court being advised in the premises;

IT IS HEREBY ORDERED that:

1. The Trustee is authorized to take the examination of the Debtor pursuant to Fed. R. Bankr. P. 2004; and

2. The Debtor shall deliver the following documents to the Trustee at the address listed below on or before September 20, 2022:
   a. The name, address, phone number, and email address of the tax preparer who prepared the Debtor's 2020 and 2021 tax returns; and
   b. Copies of the Debtor's 2020 and 2021 tax returns together with all schedules and supporting documentation; and
   c. Statements of Account for all investment or brokerage accounts in which the Debtor had an interest for the period of January 1, 2020 through the present; and
   d. Identification of all bonds, mutual funds, publicly traded stocks, non-publicly traded stocks, and incorporated and unincorporated businesses in which the Debtor had an interest during the period of January 1, 2022 through the present; and
   e. Identification of all bond funds, investment accounts with brokerage firms, or money market accounts in which the Debtor had an interest during the period of January 1, 2022 through the present; and
   f. Identification of any property in which the Debtor had an interest that was sold, traded, or otherwise transferred during the period of January 1, 2020 through the present.

Enter:  *Donald R. Cassling*

Honorable Donald R. Cassling
United States Bankruptcy Judge

Dated:  September 06, 2022

**Prepared by:**

Ariane Holtschlag (6294327)
FACTORLAW
105 W. Madison, Suite 1500
Chicago, IL 60602
Tel: (312) 878-4830
Fax: (847) 574-8233
Email: aholtschlag@wfactorlaw.com
Tel:  (312) 878-4830
Fax: (847) 574-8233
Email: aholtschlag@wfactorlaw.com