UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 22-06303 |
| Tierra Seay, | ) | |
| | ) | Chapter: 7 |
| | ) | Honorable Donald R. Cassling |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

## ORDER GRANTING MOTION TO EXTEND DEADLINES TO SEEK DISMISSAL AND DENIAL OF DISCHARGE/DISCHARGEABILITY

Ariane Holtschlag, not individually but solely as the chapter 7 trustee (the "Trustee") for the bankruptcy estate of Tierra Seay (the "Debtor") seeks an extension of the deadlines for seeking dismissal pursuant to 11 U.S.C. §707 and Fed. R. Bankr. P. 1017 as well as the deadline for seeking denial of discharge and/or dischargeability pursuant to 11 U.S.C. §§ 523 and 727, due notice having been given and the Court being advised in the premises;

IT IS HEREBY ORDERED that:

1. The Motion is granted as provided herein;

2. The deadlines for seeking 1) dismissal under 11 U.S.C. § 707 and 2) denial of discharge/dischargeability pursuant to 11 U.S.C. §§ 523 and 727 are extended through and including October 25, 2022;

3. Entry of the Debtor's discharge shall also be delayed through and including October 25, 2022.

Enter:  *Donald R. Cassling*

Honorable Donald R. Cassling
United States Bankruptcy Judge

Dated: September 06, 2022

**Prepared by:**

Ariane Holtschlag (6294327)
FACTORLAW
105 W. Madison, Suite 1500
Chicago, IL 60602
Tel: (312) 878-4830
Fax: (847) 574-8233
Email: aholtschlag@wfactorlaw.com